| United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Munsill-Borden Mansion, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>06-1467998 | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**Two Wethersfield Avenue**<br>**Hartford, CT**<br>ZIP CODE **06114** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**10-20772**<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Hartford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>                 Nonmain Proceeding |
|  | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

4/12/10 @3

B 1 (Official Form 1) (1/08) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Munsill-Borden Mansion, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: District of Connecticut | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Munsill-Borden Mansion LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual
**Claude M. Brouillard**
Printed Name of Authorized Individual
**Manager**
Title of Authorized Individual
**03/12/2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
### District Of Connecticut

In re Munsill-Borden Mansion LLC_____,  
            Debtor(s)

Case No. _____  
Chapter 11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Connecticut Light & Power The Northeast Utilities System**<br>P.O. Box 150493<br>Hartford, CT 06115-0493 | **Connecticut Light & Power The Northeast Utilities System**<br>P.O. Box 150493<br>Hartford, CT 06115-0493 | Electricity Provider | Disputed | $4,772.58 |
| **Connecticut Natural Gas Corporation**<br>(860) 524-8361<br>P.O. Box 1500<br>Hartford, CT 06144-1500 | **Connecticut Natural Gas Corporation**<br>(860) 524-8361<br>P.O. Box 1500<br>Hartford, CT 06144-1500 | Natural Gas Provider | Disputed | $4,178.22 |
| **Zurich North America**<br>P.O. Box 5387<br>Jacksonville, FL 32247-5387 | **Joseph Krar & Associates, Inc.**<br>(860) 628-3967<br>1676 West St.<br>P.O. Box 580<br>Southington, CT 06489 | Insurance Provider | Disputed | $843.75 |
| **AT&T East**<br>(800) 348-8288<br>32 Avenue of the Americas<br>New York, N.Y. 10013-2412 | **CBCS**<br>P.O. Box 163250<br>Columbus, OH 43216-3250 | Telephone Provider | Disputed | $647.82 |

B 4 (Official Form 4) (12/07) – Cont.

In re Munsill-Borden Mansion LLC            ,
              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Comcast<br>P.O. Box 6505<br>Chemsford, MA 01824-0000 | Comcast<br>P.O. Box 6505<br>Chemsford, MA 01824-0000 | Inernet, Phone, & Cable Provider | Disputed | $536.26 |
| Drain-Rite<br>(860) 563-2000<br>276 Back Lane<br>Wethersfield, CT 06109-3916 | Drain-Rite<br>(860) 563-2000<br>276 Back Lane<br>Wethersfield, CT 06109-3916 | Drainage Services | Disputed | $127.20 |
| Edward Kriedel<br>26 Bellaire<br>Niantic, CT 06111 | Scott W. Jezek, Esq.<br>31 WF Palmer Road<br>P.O. Box 376<br>Moodus, CT 06469<br>(860)873-1449 | Promissory Note | Disputed | $117,433.27 |
| Matthew Kriedel<br>366 Msple Hill Avenue<br>Newington, CT 06111 | Matthew Kriedel<br>c/o John M. Kelly, Esq.<br>Nassau, Griffith & Kelly, LLC<br>(860) 667-0855<br>66 Cedar St.<br>Newington, CT 06111-2646 | Promissory Note | Disputed | $57,000.00 |
| 45 Wyllys Street LLC<br>2 Wethersfield Avenue<br>Hartford, CT 06114 | Mei-wa Cheng<br>184 Kenyon Street<br>Hartford, CT 06105<br>(860)798-9307 | Real estate | | Unknown |

B 4 (Official Form 4) (12/07) – Cont.

In re Munsill-Borden Mansion LLC            ,          Case No. _____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Richard I. Goldberg, CPA<br>(860) 233-6933<br>93 Richmond Ln.<br>West Hartford, CT 06117-1630 | Richard I. Goldberg, CPA<br>(860) 233-6933<br>93 Richmond Ln.<br>West Hartford, CT 06117-1630 | Accounting Services | Disputed | Unknown |
|---|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 12, 2010**          Signature _____

                                  **Claude M. Brouillard**
                                  **Manager**

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re Munsill-Borden Mansion LLC     Case No. _____
          (Debtor(s))                Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ravenwood Properties LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

☐ None [check if applicable]

Ravenwood Properties LLC
2 Wethersfield Avenue
Hartford, CT 06114

Ravenwood Properties LLC

03/12/2010
Date

by: _____
Statement of attorney or Litigant
Its Attorney

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:  Munsill-Borden Mansion LLC

Case No.
Chapter 11

## CORPORATE RESOLUTION

### UNANIMOUS ACTION OF
### MEMBERS
### OF
### RAVENWOOD PROPERTIES LLC
### AND
### RAVENWOOD REALTY MANAGEMENT LLC

By unanimous action of all of the Members of Ravenwood Properties LLC and Ravenwood Realty Management LLC, the following resolutions have been adopted:

**RESOLVED:** That Ravenwood Properties LLC and Ravenwood Realty Management LLC, being all the members of Munsill-Borden Mansion LLC, shall (a) cause Munsill-Borden Mansion LLC to file a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code, and (b) further cause Munsill-Borden Mansion LLC to seek approval of and effect a plan of reorganization pursuant to said bankruptcy filing.

**FURTHER RESOLVED:** That Claude M. Brouillard, as a Manager of Ravenwood Properties LLC, Ravenwood Realty Management LLC and Munsill-Borden Mansion LLC, is hereby authorized and empowered to execute and deliver any and all documents necessary or convenient to effect such bankruptcy filing and reorganization.

Dated this 12th Day of March, 2010.

_____
MEI-WA CHENG

_____
CLAUDE M. BROUILLARD

# UNITED STATES BANKRUPTCY COURT

District Of Connecticut

In re Munsill-Borden Mansion LLC          ,          Case No. _____

        Debtor(s)          Chapter 11 _____

## LIST OF ALL CREDITORS

45 Wyllys Street LLC
Two Wethersfield Avenue
Hartford, CT 06114

AT&T East
(800) 348-8288
32 Avenue of the Americas
New York, N.Y. 10013-2412

AT&T East
c/o CBCS
P.O. Box 163250
Columbus, OH 43216-3250

The Metropolitan District Commission
(860) 278-0127
555 Main Street
P.O. Box 800
Hartford, CT 06142-0800

City of Hartford
FINANCE DEPARTMENT
Division of Tax and Collection
550 Main Street - 1st Floor
Hartford, Connecticut 06103
(860) 757-9630

Comcast
P.O. Box 6505
Chelmsford, MA 01824-0000

The Connecticut Bank & Trust Company
(860) 246-5200
58 State House Square
Hartford, CT 06103

The Connecticut Bank & Trust Company
c/o Mark H. Dean
Mark H. Dean, P.C.
(860) 541-6699
241 Main Street
Hartford, CT 06106

Connecticut Light & Power
The Northeast Utilities System
P.O. Box 150493
Hartford, CT 06115-0493

Connecticut Natural Gas Corporation
(860) 524-8361
P.O. Box 1500
Hartford, CT 06144-1500

Drain-Rite
(860) 563-2000
276 Back Lane
Wethersfield, CT 06109-3916

Richard I. Goldberg, CPA
(860) 233-6933
93 Richmond Lane
West Hartford, CT 06117-1630

Edward G. Kriedel, III
26 Bellaire
Niantic, CT 06111

Edward G. Kriedel, III
c/o Scott W. Jezek, Esq.
31 WF Palmer Road
P.O. Box 376
Moodus, CT 06469

Matthew Kriedel
366 Maple Hill Avenue
Newington, CT 06111

Matthew Kriedel
c/o John M. Kelly, Esq.
Nassau, Griffith & Kelly, LLC
(860) 667-0855
66 Cedar St.
Newington, CT 06111-2646

Zurich North America
P.O. Box 5387
Jacksonville, FL 32247-5387

Zurich North America
c/o Joseph Krar & Associates, Inc.
(860) 628-3967
1676 West St.
P.O. Box 580
Southington, CT 06489